No. 1,988.—STATE EX REL. BERGER, RELATOR, *v.* WESTON, COUNTY CLERK AND RECORDER, RESPONDENT.

Original—*mandamus.*

Decided October 16, 1903.

PER CURIAM.—The motion to quash is sustained, and the proceeding is accordingly dismissed.

*Mr. E. S. Booth,* and *Mr. J. Bruce Kremer,* for Relator.

*Mr. J. E. Healy,* for Respondent.